# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Evelyn Rodden, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-4067-CV-C-JTM |
| ) | |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is plaintiff's *Petition For Payment of Fees Under The Equal Access To Justice Act*, filed February 11, 2013 [Doc. 16]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Petition For Payment of Fees Under The Equal Access To Justice Act*, filed February 11, 2013 [Doc. 16] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $4,125.00.

                                            */s/ John T. Maughmer*
                                              John T. Maughmer
                                        United States Magistrate Judge